IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| BRUCE HOOD, | ) |
| Plaintiff, | ) ) ) |
| v. | ) CASE NO. 2:11-CV-334-WKW ) |
| UNITED STATES OF AMERICA, | ) ) |
| Defendant. | ) |

## **ORDER**

There being no objections filed to the Recommendation of the Magistrate Judge (Doc. # 9), and upon an independent review of the record, it is ORDERED that the Recommendation is adopted and that this case is DISMISSED with prejudice, pursuant to 28 U.S.C. § 1915(e)(2)(B) as frivolous and for failure to state a claim upon which relief may be granted.

A final judgment will be entered separately.

DONE this 22nd day of December, 2011.

                                        /s/ W. Keith Watkins
                              CHIEF UNITED STATES DISTRICT JUDGE